

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00024-CR

MELVIN CADE                                                                APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

----------

## FROM THE 367TH DISTRICT COURT OF DENTON COUNTY
## TRIAL COURT NO. F-2007-0395-E

----------

## MEMORANDUM OPINION[1]

----------

Appellant Melvin Cade attempts to appeal from his 2009 conviction for indecency with a child. *See* Tex. Penal Code Ann. § 21.11 (West Supp. 2017). Cade pleaded guilty pursuant to a plea bargain, and in accordance with the plea bargain, the trial court sentenced him to twenty years' confinement. The trial court's certification of Cade's right to appeal states that the case "is a plea-

---

[1]*See* Tex. R. App. P. 47.4.

bargain case, and the defendant has NO right of appeal" and that "the defendant has waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On January 26, 2018, we notified Cade that his appeal could be dismissed based on the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before February 5, 2018, showing grounds for continuing his appeal.[2] *See* Tex. R. App. P. 25.2(d), 44.3. No response has been filed.

In accordance with the trial court's certification, we therefore dismiss Cade's appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: WALKER, MEIER, and KERR, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: March 15, 2018

---

[2]That same day, we also notified Cade that it appeared we lacked jurisdiction over his appeal because his notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2(a). We also explained that Cade had already appealed from the judgment at issue. *See Cade v. State*, No. 02-09-00404-CR, 2010 WL 598622, at *1 (Tex. App.—Fort Worth Feb. 18, 2010, no pet.) (mem. op., not designated for publication) (dismissing appeal based on trial court's certification).